1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE L. ESPINOZA-ESPINOZA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:06-cr-00148 OWW
                                      )
12 |          Plaintiff,              ) STIPULATION CONTINUING STATUS
                                      ) CONFERENCE HEARING;
13 |     v.                           ) ORDER THEREON
                                      )
14 | JOSE L. ESPINOZA-ESPINOZA,       ) Date:  August 8, 2006
                                      ) Time:  9:00 A.M.
15 |          Defendant.              ) Judge: Hon. Oliver W. Wanger
                                      )
16 |_____ )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the **status conference hearing in the above-referenced matter now set for July 18, 2006,**

20 **may be continued to August 8, 2006, at 9:00 A.M.**

21       This continuance is requested by counsel for defendant to allow additional time for defense

22 investigation.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                    McGREGOR W. SCOTT
                    United States Attorney

DATED: July 13, 2006          By  /s/  Steven M. Crass
                                      STEVEN M. CRASS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


                    DANIEL J. BRODERICK
                    Federal Public Defender

DATED: June 13, 2006          By  /s/ Victor M. Chavez
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JOSE L. ESPINOZA-ESPINOZA


## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   July 15, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE