DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE L. ESPINOZA-ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00148 OWW |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; |
| v. ) | ORDER THEREON |
| JOSE L. ESPINOZA-ESPINOZA, ) | Date: August 29, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-referenced matter now set for August 8, 2006, may be continued to August 29, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense investigation.

///
///
///
///
///
///

1  The parties also agree that any delay resulting from this continuance shall be excluded in
2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: August 3, 2006          By   /s/  Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: August 3, 2006          By   /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
JOSE L. ESPINOZA-ESPINOZA


**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
§§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
IT IS SO ORDERED.

**Dated:   August 6, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE